_____

No. 96-1147MN
_____

Laxman S. Sundae,                           *
                                            *
            Appellant,                      *
                                            *    Appeal from the United States
      v.                                    *    District Court for the District
                                            *    of Minnesota.
United States of America;                   *
Internal Revenue Service,                   *              [UNPUBLISHED]
                                            *
            Appellees.                      *
_____

                Submitted:  November 21, 1996

                  Filed:  November 27, 1996
_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.
_____


PER CURIAM.


      Laxman S. Sundae appeals the district court's grant of summary
judgment in favor of the Government denying Sundae's claim for a refund of
federal income taxes for the years 1983 and 1984.


      After a careful review of the record, we conclude the district court
properly granted the Government's motion.  Because this case is highly
fact-specific, an extended opinion would have no precedential value.
Having carefully considered all of Sundae's contentions and finding them
to be without merit, we affirm the district court without further
discussion.  See 8th Cir. R. 47B.


      A true copy.


        Attest:


          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.